UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDRICK MANSON                          CIVIL ACTION

VERSUS                                   NO. 05-6302

BURL CAIN, WARDEN                        SECTION "R" (4)

## ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.


New Orleans, Louisiana, this  4th  day of December, 2007.


_____
SARAH S. VANCE
UNITED STATES DISTRICT COURT